BEFORE THE SECOND DIVISION, AUGUST 20, 1953

No. 57468.—I. Magnin & Co. *v.* United States, protests 168317–K and 169759–K (New York).

Opinion by Ford, J. The record established that certain items of the merchandise consist of beaded bags similar in all material respects to the merchandise the classification of which was involved in Abstract 56124. The claim of the plaintiff was therefore sustained.